820

No. 95–1992. THOMAS ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–1993. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–1995. MELTON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–1996. KUNKES *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–1997. AMERITAS INVESTMENT CORP., FKA BLN INVESTMENT CORP. *v.* SLINKARD. Ct. App. Okla. Certiorari denied.

No. 95–1998. TSENG *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–2000. LEVINE *v.* CENTRAL FLORIDA MEDICAL AFFILIATES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–2001. COWHIG *v.* WEST, SECRETARY OF THE ARMY, ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–2002. PACKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–2003. BENSON *v.* COMMUNICATIONS WORKERS OF AMERICA ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–2004. NOBILE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–2005. VALDER *v.* MOORE. C. A. D. C. Cir. Certiorari denied.

No. 95–2008. MARKS *v.* UNITED STATES;
No. 95–2013. TUCKER *v.* UNITED STATES; and
No. 95–2070. HALEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 78 F. 3d 1313.